
**DEBT RECOVERY SOLUTIONS, LLC**

May 8, 2006

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128

900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NEW YORK 11590-5114
(516) 228-7110   /   1-800-515-3581

Balance Due          : $1263.16
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

### * * * This Delinquency is Serious * * *

We are not only concerned, but quite frankly, we are also bewildered by your delay in responding to our previous correspondence.

We need your cooperation at this time. Send payment to this office for the amount owed, or at the very least, call your recovery specialist to discuss the amicable and timely resolve of this long - standing debt.

We must advise you that this debt has been reported to the National Credit Reporting Agencies because you have failed to fulfill the terms of your credit obligation. This delinquent status will remain on your personal credit history for the prescribed period of time and may seriously affect your ability to secure additional credit in the future. Since time is of the essence, we urge you to respond without further delay.

For your convenience, you can make a payment or update your account with previously filed bankruptcy, deceased or CCCS information, by visiting our website at www.dbtsolutions.com.

John Donnell, Recovery Specialist
1-800-515-3581
(Mon-Thur 9:00 A.M. -10:00 P.M., Fri 9:00 A.M.-3:30 P.M. & Sat 9:00 A.M.-1:30 P.M.EST)


EXHIBIT 1

**ACA** INTERNATIONAL
The Association of Credit and Collection Professionals

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**

-------- Detach and Return with Payment --------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

PO Box 1027
Oaks, PA 19456



Statement Of Account

Balance Due          : $1263.16
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

Payment options are available at our website - www.dbtsolutions.com

| CARD # | | EXPIRATION DATE / |
|---|---|---|
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

← If you wish to pay by Visa or MC complete this information


DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK  11590-9001

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128

1 of 1

C02 - 3198
DR-101 (REV 1/05)

## PRIVACY NOTICE

Debt Recovery Solutions, LLC is sending this notice to you in compliance with 15 U.S.C. sec. 6801 et seq. We may collect non-public personal information about you from former creditors, collection companies or consumer reporting agencies. We will not disclose non-public personal information to anyone, except as permitted by law. We restrict access to non-public personal information about you to those employees who need to know that information to provide service to you. We maintain safeguards that comply with applicable standards to guard your non-public personal information. As required by law, you are hereby notified that a negative credit report reflecting on your credit record has been submitted to a credit reporting agency because you have failed to fulfill the terms of your credit obligations.

------

# Has Your Information Changed?
PLEASE PROVIDE UPDATED INFORMATION BELOW.

Name _____

Address _____

_____

City / State / Zip _____

Phone No. ( _____ ) _____