# REFUSE TO PAY LETTER

_Debt Recovery Solutions LLC._
**Collection Agency's Name**

_900 Merchants Concourse Suite 106_
**Collection Agency's Address**

_Westbury, New York 11590-5114_

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

_May 22, 2006_
**Today's Date**

_7005 1160 0002 5177 4875_
**Tracking Number**

Re: Account No. _201052879707_

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

_[signature]_
**Sign your name here**

_Raymond Cruz_
**Print your name here**

_2066 Fruitdale Ave. #1_
**Print your address here**

_San Jose CA 95128_



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
WESTBURY NY 11590

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Name (Please Print Clearly) (To be completed by mailer)
DEBT RECOVERY SOLUTIONS, LLC
Street, Apt. No.; or PO Box No.
900 MERCHANTS CONCOURSE, SUITE 106
City, State, ZIP+4
WESTBURY, NEW YORK 11590-5114
PS Form 3800, July 1999    See Reverse for Instructions



EXHIBIT 2


DEBT RECOVERY SOLUTIONS, LLC

May 8, 2006

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128

900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NEW YORK 11590-5114
(516) 228-7110  /  1-800-515-3581

Balance Due          : $1263.16
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

### * * * This Delinquency is Serious * * *

We are not only concerned, but quite frankly, we are also bewildered by your delay in responding to our previous correspondence.

We need your cooperation at this time. Send payment to this office for the amount owed, or at the very least, call your recovery specialist to discuss the amicable and timely resolve of this long - standing debt.

We must advise you that this debt has been reported to the National Credit Reporting Agencies because you have failed to fulfill the terms of your credit obligation. This delinquent status will remain on your personal credit history for the prescribed period of time and may seriously affect your ability to secure additional credit in the future. Since time is of the essence, we urge you to respond without further delay.

For your convenience, you can make a payment or update your account with previously filed bankruptcy, deceased or CCCS information, by visiting our website at www.dbtsolutions.com.

John Donnell, Recovery Specialist
1-800-515-3581
(Mon-Thur 9:00 A.M. -10:00 P.M., Fri 9:00 A.M.-3:30 P.M. & Sat 9:00 A.M.-1:30 P.M.EST)

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

NOTICE: See Reverse Side for Important Information.
-------- Detach and Return with Payment --------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

PO Box 1027
Oaks, PA 19456

Statement Of Account

Balance Due          : $1263.16
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

Payment options are available at our website - www.dbtsolutions.com

| CARD # | | EXPIRATION DATE |
|---|---|---|
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

← If you wish to pay by Visa or MC complete this information

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK 11590-9001

1 of 1

C02 - 3198    DR-101 (REV 1/05)