

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7099 3220 0003 7490 7468**
Detailed Results:

- **Delivered, May 27, 2006, 10:22 am, WESTBURY, NY 11590**
- **Arrival at Unit, May 27, 2006, 4:40 am, WESTBURY, NY 11590**
- **Acceptance, May 24, 2006, 5:02 pm, SAN JOSE, CA 95113**

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ◻ Agent  ◻ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>F Virtassins |
| 1. Article Addressed to:<br><br>DEBT RECOVERY SOLUTIONS, LLC<br>900 MERCHANTS CONCOURSE,<br>SUITE 106<br>WESTBURY, NEW YORK<br>11590 - J114 | D. Is delivery address different from item 1?  ◻ Yes<br>   If YES, enter delivery address below:  ◻ No<br><br>[WESTBURY NY MAY 27 2006 USPS postmark]<br><br>3. Service Type<br>☒ Certified Mail   ◻ Express Mail<br>◻ Registered      ◻ Return Receipt for Merchandise<br>◻ Insured Mail    ◻ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ◻ Yes |
| 2. Article Number<br>(Transfer from service label) | 7099 3220 0003 7490 7468 |

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985



EXHIBIT
3