

November 22, 2006

RAYMOND CRUZ
2066 FRUITDALE   1
SAN JOSE, CA 95128

    Re:    Sprint Pcs
            Wireless Account No.: 2010528797077
            Balance: $1,263.16

Dear Raymond Cruz:

We are responding to your recent request for verification of the obligation referenced above. Documentation supporting the current balance due is enclosed. This statement identifies relevant billing information and details the Sprint PCS charges.

We trust that this information responds to your questions. Please remit payment immediately or call our customer service department at 1-800-807-4107 if further information is required.

                                              Very truly yours,

                                              Jennifer Furman
                                              Service Manager

JF:cg
Enclosures



"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR."

900 Merchants Concourse • Suite 106• Westbury, NY 11590 • Ph (516) 228-7100 • Fax (516) 228-7180