**DEBT RECOVERY SOLUTIONS, LLC**

December 26, 2006

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128


EXHIBIT 5

900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NEW YORK 11590-5114
(516) 228-7110    /    1-800-515-3581

Balance Due          : $1263.16
Settlement Offer     : $1073.69
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

### *** This Delinquency is Serious ***

We are not only concerned, but quite frankly, we are also bewildered by your delay in responding to our previous correspondence.

Some of us never worry about tomorrow - - until tomorrow is gone. We honestly believe that now, not tomorrow, is the right time to put closure to this debt. So, we convinced Sprint to offer a settlement of eighty-five (85%) of your balance if a check for 1073.69 is received by 01/16/07.

To take advantage of this settlement offer, we urge you to respond without further delay.

For your convenience, you can make a payment or update your account with previously filed bankruptcy, deceased or CCCS information, by visiting our website at www.dbtsolutions.com.

John Donnell, Recovery Specialist
1-800-515-3581
(Mon-Thur 9:00 A.M.-10:00 P.M., Fri 9:00 A.M.-3:30 P.M. & Sat 9:00 A.M.-1:30 P.M.EST)


ACA INTERNATIONAL
The Association of Credit
and Collection Professionals

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**
------- Detach and Return with Payment -------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

PO Box 1027
Oaks, PA 19456

Statement Of Account

Balance Due          : $1263.16
Settlement Offer     : $1073.69
Original Creditor    : SPRINT PCS
Wireless Account No. : 2010528797077

Payment options are available at our website - www.dbtsolutions.com

| CARD # | | EXPIRATION DATE / |
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

← If you wish to pay by Visa or MC complete this information


1085 - 3065

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128-2746

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK 11590-9001

C03                                    1085 - 3065          DR-101 (REV 12/05)

## PRIVACY NOTICE

Debt Recovery Solutions, LLC is sending this notice to you in compliance with 15 U.S.C. sec. 6801 et seq. We may collect non-public personal information about you from former creditors, collection companies or consumer reporting agencies. We will not disclose non-public personal information to anyone, except as permitted by law. We restrict access to non-public personal information about you to those employees who need to know that information to provide service to you. We maintain safeguards that comply with applicable standards to guard your non-public personal information.

# Has Your Information Changed?
PLEASE PROVIDE UPDATED INFORMATION BELOW.

Name _____

Address _____

_____

City / State / Zip _____

Phone No. ( _____ ) _____