**DEBT RECOVERY SOLUTIONS, LLC**

January 15, 2007

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128



EXHIBIT
6

900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NEW YORK 11590-5114
(516) 228-7110    /    1-800-515-3581

Balance Due         : $1263.16
Settlement Offer    : $947.37
Original Creditor   : SPRINT PCS
Wireless Account #  : 2010528797077

## WE DON'T NEED A LOT OF WORDS TO MAKE OUR POINT

## WE WANT YOUR PAYMENT - NOW

Even though you missed the deadline imposed by our recent settlement offer, we are still convinced that there has never been a better time to put an end to this unpleasant situation.

Call it a good will gesture or just an honest attempt to clear this debt from an inventory of delinquent receivables that are still unpaid. Whatever the reason, our previous offer of settlement that had recently expired is now extended until 02/05/07. If you accept this offer, you will save $315.79.

Don't lose this opportunity. Send us your check for $947.37 and upon clearance of funds, your account will be closed and updated in our office as settled.

For your convenience, you can make a payment or update your account with previously filed bankruptcy, deceased or CCCS information, by visiting our website at www.dbtsolutions.com.

John Donnell, Recovery Specialist      1-800-515-3581
(Mon-Thur 9:00 A.M. -10:00 P.M., Fri 9:00 A.M.-3:30 P.M. & Sat 9:00 A.M.-1:30 P.M.EST)

**ACA INTERNATIONAL**
The Association of Credit and Collection Professionals

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**

------- Detach and Return with Payment -------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

PO BOX 1259
Oaks, Pa 19456



Statement Of Account

Balance Due         : $1263.16
Settlement Offer    : $947.37
Original Creditor   : SPRINT PCS
Wireless Account #  : 2010528797077

Payment options are available at our website - www.dbtsolutions.com

| CARD # | | EXPIRATION DATE |
|---|---|---|
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

← If you wish to pay by Visa or MC complete this information

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK 11590-9001

1085 - 6136

RAYMOND CRUZ
2066 Fruitdale Avenue
Apt 1
San Jose, CA 95128-2746

C04                          1085 - 6136          DR-101 (REV 12/05)

## PRIVACY NOTICE

Debt Recovery Solutions, LLC is sending this notice to you in compliance with 15 U.S.C. sec. 6801 et seq. We may collect non-public personal information about you from former creditors, collection companies or consumer reporting agencies. We will not disclose non-public personal information to anyone, except as permitted by law. We restrict access to non-public personal information about you to those employees who need to know that information to provide service to you. We maintain safeguards that comply with applicable standards to guard your non-public personal information.

# Has Your Information Changed?
PLEASE PROVIDE UPDATED INFORMATION BELOW.

Name _____

Address _____

_____

City / State / Zip _____

Phone No. ( _____ ) _____