Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND BAUTISTA CRUZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND BAUTISTA CRUZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEBT RECOVERY SOLUTIONS, LLC, a New York limited liability company, DONALD L. SCHWARTZ, individually and in his official capacity, and ELLIOT G. SCHWARTZ, individually and in his official capacity,<br><br>　　　　　　Defendants. | Case No. C07-03972-JW-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, RAYMOND BAUTISTA CRUZ, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RAYMOND BAUTISTA CRUZ, hereby dismisses, with prejudice, all claims made by him against DEBT RECOVERY SOLUTIONS, LLC, DONALD L. SCHWARTZ and ELLIOT G. SCHWARTZ, in his Complaint filed herein on August 2, 2007. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

　　　　　　　　　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　RAYMOND BAUTISTA CRUZ